UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
MINUTES - SENTENCING

Case No. 21-20074-CR-KING          Date: November 10, 2021   Judge James Lawrence King
Defendant: **Ernesto Morales Bacallao**   Defense counsel: Stewart G. Abrams, AFPD
AUSA: Will Rosenzweig           U.S. Probation: Dianne Valdez

## JUDGMENT AND SENTENCE

|  | YEARS | MONTHS | DAYS | TIME SERVED |
|---|---|---|---|---|
| Count I |  | 87 |  |  |

(**X**) Defendant given credit for time served as of 1/29/2021
( ) CONCURRENT ( ) CONSECUTIVE
(**X**) Assessment $ 100.00
( ) Fine: (**X**) none imposed   -0-
( ) The court orders restitution
( ) Count remaining  dismissed _____
( ) Forfeiture Entered

## (X) SUPERVISED RELEASE
## ( ) PROBATION

|  | YEARS |
|---|---|
| Count I | 2 |

(**X**) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement for a period of
( ) CONCURRENT ( ) CONSECUTIVE ( ) Employment and Self Employment Restriction
( ) Substance Abuse Treatment  ( ) Financial Disclosure  ( ) Permissible Search ( ) Mental Health Treatment  ( ) IRS Cooperation ( ) Related Concerns Restrictions  (**X**) Unpaid Special Assessments, Fines, or Restitution

## CUSTODY

(**X**) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
(**X**) The court recommends: Designation at FCI Miami, or FCC Coleman, Florida
( ) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.          ***RIGHT TO AN APPEAL GIVEN OPEN COURT***

- The Defendant agrees to Zoom GovMeeting, and waives his rights ti In-Person Hearing in a Courtroom
- The Court Adopts the Magistrate's Court Report & Recommendation of Guilt
- The Court does hereby Adjudicate the defendant Guilty of Count I of the Indictment
- Objections #1, 2, and 3 have been resolved by counsel
- Defense Motion for Downward Departure held
- The Court finds that the motion be and the same is hereby - DENIED

Courtroom Deputy: Joyce M. Saunders
Court Reporter: Sharon Velasco
Court Interpreter: Luz Oramas